IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CODIE EVAN KOERNER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant filed a conclusory motion for compassionate release [D.E. 139]. The court has reviewed the record and governing standard.

In light of the factors discussed under 18 U.S.C. § 3553(a) at sentencing, the court DENIES defendant's motion for compassionate release.

SO ORDERED. This 8 day of May, 2026.


JAMES C. DEVER III
United States District Judge